UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BOARD OF PUBLIC WORKS, CITY
OF BLUE EARTH, MINNESOTA,                      Civil No.  08-5885 MJD/AJB

      Plaintiff,

v.                                           **AMENDED NOTICE**

WISCONSIN POWER AND LIGHT
CO., ET AL.,

      Defendant.


The **time** of the Rule 16 Pretrial Conference in the above captioned matter has been changed.  The Pretrial Conference will commence at **8:30 a.m.** on September 3, 2009, before the undersigned Magistrate Judge.

Dated:  August 10, 2009

                                                  s/ Arthur J. Boylan
                                                  ARTHUR J. BOYLAN
                                                  United States Magistrate Judge